# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02139-REB

KELLY A. KNUUTILA,

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

     Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **ORDER REVERSING DISABILITY DECISION AND REMANDING TO COMMISSIONER** [#20] of Judge Robert E. Blackburn entered on August 31, 2015.  It is

ORDERED that the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is **REVERSED**; It is

ORDERED that this case is **REMANDED** to the ALJ, who is directed to

    a. Reevaluate the medical opinions of record in light of the court's order herein, making specific findings regarding the weight assigned to each such opinion and the reasons therefor;

    b. Recontact any medical or other source, seek the testimony of medical or vocational experts, order further consultative examinations, or otherwise further develop the record as he deems necessary;

    c. Reevaluate his opinions at steps 4 and 5 of the sequential evaluation in accordance with this order, in particular, stating plaintiff's mental residual

>       functional capacity in terms of specific, work-related functions which account for the moderate limitations found to be supported by the record, and ensuring that any hypothetical propounded to a vocational expert includes such specific, work-related limitations; and
>
>       d. Reassess the disability determination; and it is

ORDERED that plaintiff is **AWARDED** her costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 and 28 U.S.C. § 2412(a)(1).

Dated at Denver, Colorado this 1st September, 2015.

>                     FOR THE COURT:
>                     JEFFREY P. COLWELL, CLERK
>
>             By:  s/   K. Finney
>                     Kathleen Finney
>                     Deputy Clerk